IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL HUSTON,

    Plaintiff,

v.

STATE OF WISCONSIN, et al.

    Defendants.

ORDER

Case No. 18-cv-1056-wmc

I entered an order on February 6, 2019, assessing plaintiff Michael Huston a $66.66 initial partial payment of the $350.00 fee for filing this lawsuit. On February 19, 2019, the court received the $66.66 initial partial payment from plaintiff, along with a letter, which I will construe as a motion for a court order directing Wisconsin Credit Union to send plaintiff funds to pay the remaining balance owed on the $350.00 filing fee. Dkt. 11. Plaintiff's motion is denied as unnecessary. Plaintiff may arrange on his own to submit payment of the balance owed from private funds.

ORDER

IT IS ORDERED that plaintiff Michael Huston's motion for a court order directing Wisconsin Credit Union to send plaintiff funds to pay the remaining balance owed on the $350.00 filing fee, dkt. 11, is DENIED.

Entered this 20th day of February, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge